JULIA W. LITTLE, Respondent, *v.* JOHN J. KIRBY, Appellant, Impleaded with Others.

*Little* v. *Kirby*, 170 App. Div. 890, affirmed.

(Argued December 6, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a second mortgage. The appeal is taken from such part of said judgment as adjudged that if the proceeds of the foreclosure sale ordered by said judgment be insufficient to pay the amount due plaintiff upon the bond of said defendant Kirby, that said defendant pay such deficiency. Kirby purchased the premises from plaintiff subject to a first mortgage and gave the mortgage in suit. Subsequently he conveyed to one Grandin subject to both mortgages. The breach alleged is failure of payment of interest on the second mortgage. Defendant Kirby interposed an answer, alleging that subsequent to the conveyance by him to defendant Grandin and prior to the commencement of the action, one or more agreements were entered into between plaintiff and defendant Grandin whereby for a valuable consideration and without the knowledge or assent of this defendant, the time for the payment of the principal sum secured by said mortgage was extended to a date or dates subsequent to October 1, 1910 (the due date of the original bond), and that at the times of said several agreements extending the time for the payment of said mortgage the premises were of greater value than the whole amount of the principal of said bond and mortgage, together with all accrued interest thereon.

*John Delahunty* for appellant.

*Charles W. Whittlesey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND and CRANE, JJ. Not sitting: MCLAUGHLIN, J.